# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| JAN WRIGHT | CIVIL ACTION NO. 6:24-01760 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE CAROL B. WHITEHURST |

## **JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Record Document 16], after an independent review of the record, noting the absence of any objection, and having determined that the findings and recommendations are correct under the applicable law,

**IT IS ORDERED** that the Commissioner's decision should be **REVERSED** and **REMANDED** to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g).[1] More particularly, the Commissioner is instructed to consider all new evidence, to evaluate whether Claimant meets the requirements of Listing 11.04, and, if necessary, to re-evaluate Claimant's residual functional capacity and whether she is capable of performing work on a regular and continuing basis. The claimant should be afforded the opportunity to submit updated medical evidence and to testify at another hearing.

---

[1] A fourth sentence remand constitutes a final judgment that triggers the filing period for an Equal Access to Justice Act fee application. *Shalala v. Schaeffer*, 509 U.S. 292 (1993); *Freeman v. Shalala*, 2 F.3d 552, 553 (5th Cir. 1993).

**THUS DONE AND SIGNED** this 25th day of September, 2025.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE